ACCEPTED
01-15-00405-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/27/2015 3:26:16 PM
CHRISTOPHER PRINE
CLERK

Chris Daniel - District Clerk Harris County
Envelope No. 5043769
By: CHRIS WASHINGTON
Filed: 4/27/2015 3:26:16 PM

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/20/2015 8:21:53 AM
CHRISTOPHER A. PRINE
Clerk

**NO. 2012-75468**

| | | |
|---|---|---|
| **ASCENTIUM CAPITAL LLC** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **GEU DIAZ CRUZ, INDIVIDUALLY,** | § | |
| **FRANK MILLER D/B/A NARS** | § | |
| **EQUIPMENT, AND JASON** | § | |
| **MILLER D/B/A NARS** | § | |
| **EQUIPMENT** | § | **270ᵗʰ JUDICIAL COURT** |
| **Defendants** | | |

### NOTICE OF APPEAL

TO THE HONORABLE COURT:

Frank Miller, defendant, files this Notice of Appeal, and pursuant to *Texas Rules of Appellate Procedure* Rule 25.1(d), would show as follows:

1. The proper trial court, trial court number and style of this case are set forth in the caption above.

2. Defendant is appealing the interoluctory Judgment in favor of Ascentium Capital, LLC, plaintiff, that was executed, dated and entered on August 28, 2014. (Exhibit A) Defendant desires to appeal that Judgment.

3. The appeal is taken to the either the First or Fourteenth Court of Appeals in Houston, Texas.

4. The name of the party filing this notice is Frank Miller.

1

Respectfully submitted,

**THE TRIMBLE FIRM, P.L.L.C.**


**/s/ *Dale L. Trimble***

By_____

Dale L. Trimble
State Bar No. 20222650
209 Simonton Street
Conroe, Texas 77301
Telephone:  (936) 539-3457
Telecopier:  (936) 539-3464
Email: dlt@trimblefirm.com
Counsel for Defendant, Frank Miller


## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on the 27th day of April, 2015, upon all counsel of record.

Matthew T. Wright
Wright Law Group, PLLC
12620 FM 1960 Road W.
Suite 4A, Box 304
Houston, Texas  77065


/s/ ***Dale L. Trimble***

_____

Dale L. Trimble